AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 U.S.C. § 2252(a)(4)(B) - Possesion of Child Pornography
18 U.S.C. § 401(3) - Contempt of Court

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
Count 1: 10 years imprisonment; $250,000 fine, up to lifetime supervised release; $100 special assessment;
Count 2: Life imprisonment; $250,000 fine; 5 years supervised release; $100 special assessment

**DEFENDANT - U.S.**
▶ JULIO FAMIGLIETTI

**DISTRICT COURT NUMBER**
CR 07 0471 DLJ

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
IMMIGRATION AND CUSTOMS ENFORCEMENT

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.
4:07-70128WDB

Name and Office of Person Furnishing Information on THIS FORM  **SCOTT N. SCHOOLS**
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  MICHELLE MORGAN-KELLY, AUSA

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☒ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution
Napa County

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**

CR 07 0471 DLJ

UNITED STATES OF AMERICA,

V.

JULIO FAMIGLIETTI,

DEFENDANT.

# INDICTMENT

18 U.S.C. § 2252(a)(4)(B) - Possession of Child
Pornography;
18 U.S.C. § 401(3) - Contempt of Court

---

A true bill.

_____ Foreman

Filed in open court this 19th day of July, 2007

_____ Clerk

Bail, $ 7/9/07 no process

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6
7
8
9
10
11              UNITED STATES DISTRICT COURT           **DLJ**
12              NORTHERN DISTRICT OF CALIFORNIA
13                     OAKLAND DIVISION

14  UNITED STATES OF AMERICA,   ) **CR 07 0471**
15       Plaintiff,              )  VIOLATIONS: 18 U.S.C. § 2252(a)(4)(B) -
                                  )  Possession of Child Pornography; 18 U.S.C.
16  v.                           )  § 401(3) - Contempt of Court
                                  )
17  JULIO FAMIGLIETTI,           )  OAKLAND VENUE
                                  )
18       Defendant.               )
                                  )
19  _____ )

20                    INDICTMENT
21  The Grand Jury charges:
22  COUNT ONE:  (18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography)
23       On or about November 21, 2006, in the Northern District of California, the defendant,
24                          JULIO FAMIGLIETTI,
25  did knowingly possess one or more matters which contained one or more visual depictions that
26  had been shipped and transported in interstate or foreign commerce, by any means including by
27  computer, and that were produced using materials that had been shipped and transported in
28  interstate and foreign commerce, where the producing of such visual depictions, as he knew,

INDICTMENT



[FILED stamp: 07 JUL 19 PM 4:44, RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]

1  involved the use of a minor engaging in sexually explicit conduct and such visual depictions
2  were of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B).
3  COUNT TWO: (18 U.S.C. § 401(3) - Contempt of Court)
4      On or about March 30, 2007, in the Northern District of California, the defendant,
5                            JULIO FAMIGLIETTI,
6  by failing to return to the Cornell Corrections facility where he was required to reside pending
7  trial, did willfully disobey the lawful order of the United States District Court in and for the
8  Northern District of California, made on or about March 7, 2007, in a secured bond containing
9  the condition of release in the case of United States v. Julio Famiglietti, 07-70128-WDB, that he
10 reside at the Cornell Corrections facility pending trial in the Southern District of Texas, and that
11 he return to Cornell Corrections by midnight on March 29, 2007, all in violation of Title 18,
12 United States Code, Section 401(3).
13 FORFEITURE ALLEGATIONS: (18 U.S.C. §§ 2253(a)(1) and (a)(3) - Criminal Forfeiture)
14     Upon conviction of the offenses alleged in Count One, the defendant,
15                           JULIO FAMIGLIETTI,
16 shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1)
17 and (a)(3), all visual depictions described in Title 18, United States Code Section 2252, and all
18 property, real or personal, used or intended to be used to commit or promote the commission of
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

INDICTMENT

the offenses of conviction, including but not limited to the following items that were seized from defendant on November 21, 2006:

    a.    Thermaltake computer, serial number WMAEK2671016.

    b.    Numerous compact disks containing contraband.

DATED:

July 19, 2007

A TRUE BILL.

_____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
W. Douglas Sprague
Chief, Oakland Branch

(Approved as to form: _____
                      AUSA Morgan-Kelly

INDICTMENT