1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH(CABN 163973)
3  Chief, Criminal Division

4  DANIEL KALEBA (CSBN223789)
   Assistant United States Attorney
5
   1301 Clay Street, Suite 340S
6  Oakland, California 94612
   Telephone: (510) 637-3699
7  FAX: (510) 637-3724

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          OAKLAND DIVISION
12

13
   UNITED STATES OF AMERICA,       )    No CR 07-0471 DLJ
14                                 )
                  Plaintiff,       )    SUBSTITUTION OF ATTORNEYS
15                                 )
        v.                         )
16                                 )
   JULIO FAMIGLIETTI,              )
17                                 )
                  Defendant.       )
18 _____)

19    Please take notice that as of November 20, 2007, the Assistant U.S. Attorney whose

20 name, address and telephone number are listed below will be counsel for the government.

21              Assistant U.S. Attorney DANIEL KALEBA
                      1301 Clay Street, Suite 340S
22                         Oakland, CA 94612
                      Telephone: (510) 637-3699
23
   DATED: November 20, 2007          Respectfully submitted,
24

25                                   United States Attorney

26
                                     _____/S/_____
27                                   DANIEL KALEBA
                                     Assistant United States Attorney
28

   [CR 07-0471 DLJ]