1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DANIEL R. KALEBA (CABN 223789)
   Assistant United States Attorney
5
     1301 Clay Street, Suite 340S
6    Oakland, California 94612
     Telephone: (510) 637-3680
7    Facsimile: (510) 637-3724
     E-Mail: daniel.kaleba@usdoj.gov
8
   Attorneys for the United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          OAKLAND DIVISION

13

14  UNITED STATES OF AMERICA,          )
                                       ) Case Nos.  CR-07-70128 WDB
15                                     )            CR-07-0471-DLJ
                                       )            H-07-211 M
16            Plaintiff,               )
                                       )
17       v.                            ) NOTICE TO THE CLERK OF THE COURT
                                       )
18  JULIO FAMIGLIETTI,                 )
                                       ) Date and Time: To Be Set
19            Defendant, and           )
                                       )
20  SANDRA S. FAMIGLIETTI,             )
    ALESSANDRA FAMIGLIETTI,            )
21  CLAUDIA FAMIGLIETTI, and           )
    GULIO FAMIGLIETTI,                 )
22                                     )
              Sureties.                )
23  _____)

24  TO: THE CLERK OF THE COURT

25       Pursuant to Federal Rule of Criminal Procedure 46(f)(3)(C), you are hereby

26  requested to serve forthwith: (1) a copy of the accompanying Notice of Motion and

27  Motion for Forfeiture of Bond; (2) a copy of the accompanying Judgment on Forfeiture of

28  Bond; and (3) a copy of this Notice, upon the following persons at their last known

    addresses: SANDRA S. FAMIGLIETTI, ALESSANDRA FAMIGLIETTI, CLAUDIA

FAMIGLIETTI, AND GULIO FAMIGLIETTI, all residing at 1519 North Mitchell Canyon Road, Clayton, California, 94517.

You are directed to effect service by mailing the above-described documents by first class mail.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: January 8, 2008        By:        /s/
DANIEL R. KALEBA
Assistant United States Attorney