1 JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3 BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 DANIEL R. KALEBA (CABN 223789)
Assistant United States Attorney

5
    1301 Clay Street, Suite 340S
6 Oakland, California 94612
    Telephone: (510) 637-3680
7 Facsimile: (510) 637-3724
    E-Mail: daniel.kaleba@usdoj.gov

8
Attorneys for the United States of America

9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                         OAKLAND DIVISION

13

14 UNITED STATES OF AMERICA,              )
                                          )  Case Nos.  CR-07-0471-DLJ
15                                        )              CR-07-70128 WDB
                                          )              H-07-211 M
16              Plaintiff,                 )
                                          )
17                                        ) (PROPOSED) JUDGMENT ON
                                          )  FORFEITURE OF BOND
18      v.                                 )
                                          )
19 JULIO FAMIGLIETTI,                     )
                                          )  Date and Time: To Be Set
20              Defendant, and             )
                                          )
21 SANDRA S. FAMIGLIETTI,                 )
   ALESSANDRA FAMIGLIETTI,                )
22 CLAUDIA FAMIGLIETTI, and               )
   GULIO FAMIGLIETTI,                     )
23                                        )
                Sureties.                  )
24 _____ )

25      The United States of America has moved for a judgment against the defendant and

26 the sureties, jointly and severally, and that this Court direct execution upon such

27 judgment.

28      1.      On March 15, 2007, the defendant and the sureties executed a bond in the

sum of $250,000, conditioned upon the appearance of the defendant in this Court and in

1  the United States District Court for the Southern District of Texas, as ordered by this

2  Court to answer one or more charges brought by the United States against the Defendant.

3  In addition, the defendant and sureties executed an agreement to forfeit certain real

4  property provided for security if the defendant failed to appear as ordered by the Court.

5          2.      This agreement was evidenced by the signing and filing on March 13, 2007,

6  of an Obligation and Deed of Trust for 1519 North Mitchell Canyon Road, Clayton,

7  California, 94517, provided for security if the Defendant failed to appear as ordered by

8  the Court.  In the Obligation, the defendant and the sureties acknowledged their

9  understanding that they could lose the designated money or property if the defendant

10  failed to comply with the Court's orders to appear.

11          3.      On March 30, 2007, the defendant absconded from Pretrial Services's

12  supervision, and has since failed to appear or resubmit to this Court's supervision.

13          4.      On March 30, 2007, in response to the defendant's failure to appear, this

14  Court ordered that a no bail warrant issue for the defendant's arrest.  The warrant remains

15  outstanding.

16      Based on the above findings, and for good cause shown,

17      IT IS HEREBY ORDERED:

18          1.      That judgment is entered in favor of the United States and against the

19  defendant and the sureties, jointly and severally, in the sum of $250,000, plus interest

20  from the date of entry of judgment as provided by law until paid in full, plus costs of

21  court;

22          2.      That the Clerk of the Court proceed to foreclose against the real property

23  held by Deed of Trust, 1519 North Mitchell Canyon Road, Clayton, California, 94517,

24  and to apply any sale proceeds in partial or full satisfaction of the judgment.

25

26  Dated:  _____          _____

                                      WAYNE D. BRAZIL
27                                     United States Magistrate Judge

28

2