FILED
JAN 1 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JULIO FAMIGLIETTI, <br><br> Defendant, and <br><br> SANDRA S. FAMIGLIETTI, ALESSANDRA FAMIGLIETTI, CLAUDIA FAMIGLIETTI, AND GULIO FAMIGLIETTI, <br><br> Sureties. | No. 4-07-70128 WDB <br> CR 07-0471 DLJ <br> H   07-211 M <br><br> ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE ON PROSECUTION'S MOTION FOR FORFEITURE OF BOND AND JUDGMENT AGAINST DEFENDANT AND MOTION FOR ENFORCEMENT OF SURETIES' OBLIGATION |

On January 8, 2008, Assistant United States Attorney Daniel R. Kaleba filed on behalf of the United States a Notice of Motion and Motion for Forfeiture of Bond and Judgment Against Defendant and a Motion for Enforcement of Sureties' Obligations (the "Motions"). The Clerk of the Court has served the Motions and all accompanying documents on the above-captioned sureties.

1

The government's Motions arise from facts beginning on March 30, 2007, when the Defendant, Julio Famiglietti, absconded from Pretrial Service's supervision and has since failed to appear or resubmit to this Court's supervision. A no bail arrest warrant for Defendant remains outstanding.

Accordingly, the undersigned hereby ORDERS all of the sureties in this matter (Sandra S. Famiglietti, Alessandra Famiglietti, Claudia Famiglietti, and Gulio Famiglietti), and AUSA Daniel R. Kaleba, to appear before the undersigned for a hearing on the government's Motions on **Wednesday, February 27, 2008, at 1:30 p.m.**, at 1301 Clay Street, Oakland, California 94612, Courtroom 4 on the 3rd Floor.

The undersigned FURTHER ORDERS that **by no later than Friday, February 15, 2008,** the sureties (either representing themselves or through counsel) must electronically file and deliver to the chambers of the undersigned, and to AUSA Daniel R. Kaleba, a writing that sets forth the bases on which the sureties oppose the government's Motions. **By no later than Friday, February 22, 2008**, the United States must electronically file and deliver to the chambers of the undersigned and to all of the sureties its Reply to the sureties' Opposition.

After receiving and reviewing the parties' written submissions, the undersigned will inform the parties whether the hearing on this matter will be limited to argument on the government's Motions or whether, in addition, the parties will be permitted to present testimonial and/or documentary evidence.

The Court strongly recommends that the sureties engage a lawyer to assist them in preparing their opposition to the government's Motions and in making their presentations to the Court.

IT IS SO ORDERED.

Dated: January 10, 2008.

WAYNE D. BRAZIL
United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA et al,

    Plaintiff,

v.

JULIO FAMIGLIETTI,

    Defendant.

Case Number: 4-07-70128-WDB
CR-07-00471 DLJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 11, 2008, I SERVED a true and correct copyies of the attached, by placing said copyies in a postage paid envelope addressed to the persons hereinafter listed, by depositing said envelope in the U.S. Certified Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Daniel Kaleba
United States Attorney's Office
1301 Clay Street
Suite 340S
Oakland, CA 94612

Robert Joseph Beles
Law Offices of Robert J. Beles
One Kaiser Plaza
Suite 2300
Oakland, CA 94612

By Certified Mail to:
Sandra Famiglietti
1519 North Mitchell Canyon Road
Clayton, CA 94517

Alessandra Famiglietti
1519 North Mitchell Canyon Road
Clayton, CA 94517

Claudia Famiglietti
1519 North Mitchell Canyon Road
Clayton, CA 94517

Gulio Famiglietti
1519 North Mitchell Canyon Road
Clayton, CA 94517

Dated: January 11, 2008

Richard W. Wieking, Clerk

By: Ivy Garcia, Deputy Clerk