OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY STREET, SUITE 400S
OAKLAND, CALIFORNIA 94612-5212

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

CLAUDIA FAMIGLIETTI
1519 North Mitchell Canyon Rd.
Clayton, CA 94517



REASON CHECKED
Unclaimed
Addressee ☒ Refused
Insufficient / unknown
No such street
No such office number
Do not remail in state in this envelope
RETURN TO SENDER

FILED
FEB - 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FINAL NOTICE

CERTIFIED MAIL
7002 3150 0001 6967 0078

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
CLAUDIA FAMIGLIETTI
1519 North Mitchell Canyon Rd.
Clayton, CA 94517

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X
☐ Agent
☐ Addressee
B. Received by ( Printed Name)    C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail     ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7002 3150 0001 6967 0078

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

ORIGINAL FILED

JAN 11 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JULIO FAMIGLIETTI, <br><br> Defendant, and <br><br> SANDRA S. FAMIGLIETTI, ALESSANDRA FAMIGLIETTI, CLAUDIA FAMIGLIETTI, AND GULIO FAMIGLIETTI, <br><br> Sureties. | No. 4-07-70128 WDB <br> CR 07-0471 DLJ <br> H   07-211 M <br><br> ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE ON PROSECUTION'S MOTION FOR FORFEITURE OF BOND AND JUDGMENT AGAINST DEFENDANT AND MOTION FOR ENFORCEMENT OF SURETIES' OBLIGATION |

On January 8, 2008, Assistant United States Attorney Daniel R. Kaleba filed on behalf of the United States a Notice of Motion and Motion for Forfeiture of Bond and Judgment Against Defendant and a Motion for Enforcement of Sureties' Obligations (the "Motions"). The Clerk of the Court has served the Motions and all accompanying documents on the above-captioned sureties.

1

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DANIEL R. KALEBA (CABN 223789)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail: daniel.kaleba@usdoj.gov

Attorneys for the United States of America

**E-FILED**

**CHAMBER'S COPY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JULIO FAMIGLIETTI<br><br>    Defendant, and<br><br>SANDRA S. FAMIGLIETTI,<br>ALESSANDRA FAMIGLIETTI,<br>CLAUDIA FAMIGLIETTI, and<br>GULIO FAMIGLIETTI,<br><br>    Sureties. | Case Nos.  CR-07-70128 WDB<br>                 CR-07-0471-DLJ<br>                 H-07-211 M<br><br>NOTICE OF MOTION AND MOTION FOR FORFEITURE OF BOND AND JUDGMENT AGAINST DEFENDANT; MOTION FOR ENFORCEMENT OF SURETIES'S OBLIGATION<br><br>Date and Time: To Be Set |

    PLEASE TAKE NOTICE THAT, pursuant to Rule 46(f) of the Federal Rules of Criminal Procedure, on a date and time to be set by this Court, the United States will seek: (1) forfeiture of bond in the amount of $250,000 executed by the defendant Julio Famiglietti on or about March 15, 2007; (2) entry of judgment against the defendant for that amount; and (3) an order from the Court enforcing the obligation of the sureties on the bond. A copy of the bond (the "Bond") is attached as Exhibit A to this Motion, and incorporated herein by reference.

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  DANIEL R. KALEBA (CABN 223789)
   Assistant United States Attorney
5
   1301 Clay Street, Suite 340S
6  Oakland, California 94612
   Telephone: (510) 637-3680
7  Facsimile: (510) 637-3724
   E-Mail: daniel.kaleba@usdoj.gov
8
   Attorneys for the United States of America
9

**E-FILED**

**CHAMBER'S COPY**

10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12                    OAKLAND DIVISION
13

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Nos. CR-07-70128 WDB |
| | CR-07-0471-DLJ |
| | H-07-211 M |
| Plaintiff, | |
| v. | NOTICE TO THE CLERK OF THE COURT |
| JULIO FAMIGLIETTI, | |
| Defendant, and | Date and Time: To Be Set |
| SANDRA S. FAMIGLIETTI, ALESSANDRA FAMIGLIETTI, CLAUDIA FAMIGLIETTI, and GULIO FAMIGLIETTI, | |
| Sureties. | |

24  TO: THE CLERK OF THE COURT

25       Pursuant to Federal Rule of Criminal Procedure 46(f)(3)(C), you are hereby
26  requested to serve forthwith: (1) a copy of the accompanying Notice of Motion and
27  Motion for Forfeiture of Bond; (2) a copy of the accompanying Judgment on Forfeiture of
28  Bond; and (3) a copy of this Notice, upon the following persons at their last known
    addresses: SANDRA S. FAMIGLIETTI, ALESSANDRA FAMIGLIETTI, CLAUDIA