


ORIGINAL FILED

JAN 1 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULIO FAMIGLIETTI,<br><br>Defendant, and<br><br>SANDRA S. FAMIGLIETTI, ALESSANDRA FAMIGLIETTI, CLAUDIA FAMIGLIETTI, AND GULIO FAMIGLIETTI,<br><br>Sureties. | No. 4-07-70128 WDB<br>    CR 07-0471 DLJ<br>    H   07-211 M<br><br>ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE ON PROSECUTION'S MOTION FOR FORFEITURE OF BOND AND JUDGMENT AGAINST DEFENDANT AND MOTION FOR ENFORCEMENT OF SURETIES' OBLIGATION |

On January 8, 2008, Assistant United States Attorney Daniel R. Kaleba filed on behalf of the United States a Notice of Motion and Motion for Forfeiture of Bond and Judgment Against Defendant and a Motion for Enforcement of Sureties' Obligations (the "Motions"). The Clerk of the Court has served the Motions and all accompanying documents on the above-captioned sureties.

1

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DANIEL R. KALEBA (CABN 223789)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
Facsimile: (510) 637-3724
E-Mail: daniel.kaleba@usdoj.gov

Attorneys for the United States of America

E-FILED

CHAMBER'S COPY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JULIO FAMIGLIETTI <br><br> Defendant, and <br><br> SANDRA S. FAMIGLIETTI, ALESSANDRA FAMIGLIETTI, CLAUDIA FAMIGLIETTI, and GULIO FAMIGLIETTI, <br><br> Sureties. | Case Nos. CR-07-70128 WDB <br> CR-07-0471-DLJ <br> H-07-211 M <br><br> NOTICE OF MOTION AND MOTION FOR FORFEITURE OF BOND AND JUDGMENT AGAINST DEFENDANT; MOTION FOR ENFORCEMENT OF SURETIES'S OBLIGATION <br><br> Date and Time: To Be Set |

PLEASE TAKE NOTICE THAT, pursuant to Rule 46(f) of the Federal Rules of Criminal Procedure, on a date and time to be set by this Court, the United States will seek: (1) forfeiture of bond in the amount of $250,000 executed by the defendant Julio Famiglietti on or about March 15, 2007; (2) entry of judgment against the defendant for that amount; and (3) an order from the Court enforcing the obligation of the sureties on the bond. A copy of the bond (the "Bond") is attached as Exhibit A to this Motion, and incorporated herein by reference.

1

```
JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DANIEL R. KALEBA (CABN 223789)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Facsimile: (510) 637-3724
    E-Mail: daniel.kaleba@usdoj.gov

Attorneys for the United States of America
```

**E-FILED**

**CHAMBER'S COPY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULIO FAMIGLIETTI,<br><br>Defendant, and<br><br>SANDRA S. FAMIGLIETTI,<br>ALESSANDRA FAMIGLIETTI,<br>CLAUDIA FAMIGLIETTI, and<br>GULIO FAMIGLIETTI,<br><br>Sureties. | Case Nos.  CR-07-70128 WDB<br>            CR-07-0471-DLJ<br>            H-07-211 M<br><br>NOTICE TO THE CLERK OF THE COURT<br><br>Date and Time: To Be Set |

TO: THE CLERK OF THE COURT

    Pursuant to Federal Rule of Criminal Procedure 46(f)(3)(C), you are hereby requested to serve forthwith: (1) a copy of the accompanying Notice of Motion and Motion for Forfeiture of Bond; (2) a copy of the accompanying Judgment on Forfeiture of Bond; and (3) a copy of this Notice, upon the following persons at their last known addresses: SANDRA S. FAMIGLIETTI, ALESSANDRA FAMIGLIETTI, CLAUDIA