UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JULIO FAMIGLIETTI, <br><br> Defendant, and <br><br> SANDRA S. FAMIGLIETTI, ALESSANDRA FAMIGLIETTI, CLAUDIA FAMIGLIETTI, AND GULIO FAMIGLIETTI, <br><br> Sureties. | No. 4-07-70128 WDB <br> CR 07-0471 DLJ <br> H 07-211 M <br><br> ORDER FOR THE UNITED STATES MARSHAL TO SERVE COURT ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE ON PROSECUTION'S MOTION FOR FORFEITURE OF BOND AND JUDGMENT AGAINST DEFENDANT AND MOTION FOR ENFORCEMENT OF SURETIES' OBLIGATION |

On January 11, 2008, this Court attempted to serve on the Sureties by U.S. Certified Mail at their last known address at 1519 North Mitchell Canyon Road, Clayton, California 94517, the attached Order Setting Briefing Schedule and Hearing Date on Prosecution's Motion for Forfeiture of Bond and Judgment Against Defendant and Motion for Enforcement of Sureties' Obligation.

*CC: Financial Pretrial Frances*

1

On February 1, 2008, the Certified Mail with the Order was returned to the Court by the United States Post Office with a notification that the mail that was sent to the Sureties at the above-referenced address was <u>unclaimed</u> after several attempts by the Post Office to deliver it. Accordingly, because the Sureties apparently have not yet been served, the undersigned now ORDERS the United States Marshal immediately to serve the Sureties with both this Order and the attached Order (filed on January 11, 2008) at their last known address at 1519 North Mitchell Canyon Road, Clayton, California 94517.

IT IS FURTHER ORDERED that the briefing and hearing schedule set forth in the attached Order is revised as follows: the hearing will be continued from February 27, 2008, to **Wednesday, March 19, 2008, at 1:30 p.m.,** United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California 94612. By no later than **Friday, March 7, 2008**, the Sureties (either representing themselves or through counsel) must electronically file and deliver to the chambers of the undersigned, and to AUSA Daniel R. Kaleba, a writing that sets forth the bases on which the sureties oppose the government's Motions. **By no later than Friday, March 14, 2008**, the United States must electronically file and deliver to the chambers of the undersigned and to all of the sureties its Reply to the sureties' Opposition.

As set forth in the original Order, the Court reaffirms here its recommendation that the sureties engage a lawyer to assist them in preparing their opposition to the government's Motions and in making their presentations to the Court.

IT IS SO ORDERED.

Dated: February 8, 2008.

WAYNE D. BRAZIL
United States Magistrate Judge