1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DANIEL R. KALEBA (CABN 223789)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      Facsimile: (510) 637-3724
       E-Mail: daniel.kaleba@usdoj.gov
8
   Attorneys for the United States of America
9

10                     UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                             OAKLAND DIVISION

13 UNITED STATES OF AMERICA,            )
                                         ) Case Nos.  CR-07-70128 WDB
14                                       )            CR-07-0471-DLJ
              Plaintiff,                 )            H-07-211 M
15                                       )
       v.                                )
16                                       ) NOTICE OF NON-OPPOSITION BY THE
                                         ) SURETIES TO THE UNITED STATES'S
17 JULIO FAMIGLIETTI                     ) MOTION FOR FORFEITURE OF
                                         ) BOND AND JUDGMENT AGAINST
18                                       ) DEFENDANT;
              Defendant, and             ) MOTION FOR ENFORCEMENT OF
19                                       ) SURETIES'S OBLIGATION
   SANDRA S. FAMIGLIETTI,                )
20 ALESSANDRA FAMIGLIETTI,               ) Date:  March 19, 2008
   CLAUDIA FAMIGLIETTI, and              ) Time:  1:30 p.m.
21 GULIO FAMIGLIETTI,                    ) Ctrm:  4, 3d Floor
                                         )        Hon. Wayne D. Brazil
22            Sureties.                  )
   _____ )
23

24     On February 8, 2008, this Court ordered Sandra Famiglietti, Alessandra

25 Famiglietti, Claudia Famiglietti, and Gulio Famiglietti (the "Sureties") to electronically

26 file and deliver to the Court, and the undersigned Assistant United States Attorney, no

27 later than Friday, March 7, 2008, a writing setting forth the bases upon which the

28 Sureties oppose the United States's Motion for Enforcement of the Sureties's Obligation.

                                        1

1  This Court also continued the hearing on the United States's Motions from February 27,
2  2008, to March 19, 2008.  The Sureties did not file any written opposition to the Motions
3  with the Court, and have failed to provide any written communication to the United
4  States concerning this matter.
5       Pursuant to Rule 46(f) of the Federal Rules of Criminal Procedure, and without
6  any written opposition by the Sureties, the United States moves for forfeiture of the bond,
7  and judgment in the amount of $250,000, against the defendant Julio Famiglietti.  The
8  United States further moves for a judgment in the amount of $250,000 against the
9  sureties, Sandra Famiglietti, Alessandra Famiglietti, Claudia Famiglietti, and Gulio
10 Famiglietti, jointly and severally.

                          Respectfully submitted,

                          JOSEPH P. RUSSONIELLO
                          United States Attorney

Dated: March 14, 2008            /s/
                          DANIEL R. KALEBA
                          Assistant United States Attorney