United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00471-01- DLJ |
| Plaintiff, | **REASSIGNMENT ORDER** |
| v. | |
| JULIO FAMIGLIETTI, | |
| Defendant. | |

Pursuant to General Order No. 44, Section E.5., the above named criminal defendant is hereby reassigned to the Executive Committee.

IT IS SO ORDERED.

Dated: May 15, 2008

D. Lowell Jensen
UNITED STATES DISTRICT JUDGE